**FILED**

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                 SOUTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR2742-LAB
                                    )
10                  Plaintiff,      )   I N F O R M A T I O N
                                    )
11       v.                         )   Title 8, U.S.C., Sec. 1325 -
                                    )   Illegal Entry (Misdemeanor);
12   LEONARDO ZUNIGA-MORA,          )   Title 8, U.S.C., Sec. 1325 -
                                    )   Illegal Entry (Felony)
13                  Defendant.      )
     _____)

14

15        The United States Attorney charges:

16                          Count 1

17        On or about _____5/11/03_____, within the Southern

18   District of California, defendant LEONARDO ZUNIGA-MORA, being an

19   alien, unlawfully entered or attempted to enter the United States at

20   a time and place other than as designated by immigration officers, and

21   eluded examination and inspection by immigration officers, and

22   attempted to enter or obtained entry to the United States by a

23   willfully false or misleading representation or the willful

24   concealment of a material fact; in violation of Title 8, United States

25   Code, Section 1325, a misdemeanor.

26   //

27   //

28   //

JPME:rp:San Diego
7/30/08

<u>Count 2</u>

On or about July 16, 2008, within the Southern District of California, defendant LEONARDO ZUNIGA-MORA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: August 14, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney