AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA                    WAIVER OF INDICTMENT

LZMM  LEONARDO ZUNIGA-MORA
~~JESUS~~ v.                                 CASE NUMBER: 08cr2742-LAB
~~FRANK M. MURPHY III~~

LZM 7M  LEONARDO ZUNIGA-MORA
I, ~~FRANK M. MURPHY III~~, the above named defendant, who is accused of committing the following offense:

   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/14/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                            x Leonardo Zuniga Moro
                                            Defendant

                                            _____
                                            Counsel for Defendant

Before _____
       Judicial Officer